No. 86–5183.   SHAFFER *v.* STEWART ET AL.   C. A. 2d Cir. Certiorari denied.

No. 86–5226.   MARKS *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA.   C. A. 11th Cir.   Certiorari denied.

No. 86–5236.   FIXEL *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–5367.   AQUI ET AL. *v.* NEW MEXICO.   Sup. Ct. N. M. Certiorari denied.

No. 86–5371.   KAY *v.* OAKLAND, CALIFORNIA.   C. A. 9th Cir. Certiorari denied.

No. 86–5376.   RORRER *v.* BULLOCK, DISTRICT COURT JUDGE IN WAKE COUNTY, NORTH CAROLINA.   C. A. 4th Cir.   Certiorari denied.

No. 86–5380.   DULCE *v.* GOLDSTEIN ET UX.   C. A. 2d Cir. Certiorari denied.

No. 86–5408.   BRENNAN *v.* GRAHAM, GOVERNOR OF FLORIDA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–5424.   PAREZ *v.* HOGAN ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 86–5435.   BARKSDALE *v.* THOMPSON, GOVERNOR OF ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–5450.   PAVELSKI *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–5464.   DAY *v.* CITY OF LOS ANGELES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–5468.   MARTIN *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 86–5471.   GILLIS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–5513.   IN RE LUCAS.   Sup. Ct. Ohio.   Certiorari denied.